FILED

SEP 2 0 2005

CLERK, U.S. DISTRICT
 EASTERN DISTRICT OF CA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFONRIA

| | |
|---|---|
| SANDRA ESPINOZA,<br><br>        Plaintiff,<br><br>vs.<br><br>WHITEHALL-ROBINS, et al.<br><br>        Defendants. | CASE NO. CIV S-01-2045 GEB DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, by and through their designated counsel and pursuant to Fed. R. Civ. Pro. 41(a)(1), that the above-captioned action be and hereby is dismissed with prejudice and without costs to any party.

Dated: August 10, 2005

LOPEZ HODES RESTAINO MILMAN SKIKOS & POLOS

By: _____
GREGORY T. SKIKOS
Attorneys for Plaintiff Sandra Espinoza

Dated: August 9, 2005

GORDON & REES, LLP

By: _____
MELISSA FAIRBROTHER
Attorneys for Defendant WYETH (fka American Home Products Corporation), Its unincorporated Division Wyeth Consumer Healthcare (fka White-Robins Healthcare), and A.H. Robins, a Non-Existent Corporation

Case No. CIV S-01-2045-DEB DAD                               STIPULATION AND ORDER OF DISMISSAL

ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the above referenced action is dismissed with prejudice, pursuant to the foregoing Stipulation of Dismissal signed by counsel of record to the parties in this matter.

Dated this 8th day of September, 2005.

GARLAND E. BURRELL, JR.
United States District Court Judge